Name: Michael A Perry
Address: PO Box 14000 Ogden UT 84412
Telephone (801) 410 - 9992

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 14 2023



GARY P. SERDAR
CLERK OF COURT
BY
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## Northern DIVISION

Michael A Perry
(Full Name)

PLAINTIFF

vs. Facility ‡ persons. W.C.C.F medical Staff ‡ persons. Vital Core ‡ persons. Health Care Administrator ‡ persons W.C.C.F ‡ Jail Staff. Jail Doctor. Weber County Sheriff's ‡ persons. Weber County ‡ persons.

DEFENDANTS

## CIVIL RIGHTS COMPLAINT
(42 U.S.C §1983, §1985)

Case: 1:23-cv-00070
Assigned To : Campbell, Tena
Assign. Date : 6/9/2023
Description: Perry v. Weber County
Correctional Facility et al

RECEIVED US Dist Court-UT
JUN 09 '23 PM04:19

## A. JURISDICTION

1.   Jurisdiction is proper in this court according to:

     a. X 42 U.S.C. §1983
     b. __ 42 U.S.C. §1985
     c. __ Other (Please Specify) _____

2.   NAME OF PLAINTIFF Michael A. Perry
     IS A CITIZEN OF THE STATE OF UTAH

     PRESENT MAILING ADDRESS: PO BOX 14000
     Ogden UT 84412

I'm currently in W.C.C.F. - 316449. I can not get names, so I'm using, persons 1-20," in most cases.

PLAINTIFF - Michael A Perry -vs-

3. First Defendant: Weber County Correctional Facility + persons 1-20. IS a citizen of Ogden Utah IS employed at 1400 Depot Dr. Ogden Utah 84404 + are state employee's. All defendants acted under the color of state + Weber county Correctional facility + are in violation of my Civil Rights 42 U.S.C 1983.

4. Second Defendant: Weber County Correctional facility "Medical STaFF," + persons 1-20. IS a citizen of Ogden Utah IS employed at 1400 Depot Dr. Ogden Utah 84404 + are state employee's. All defendants acted under the color of state + Weber County Correctional facility + are in violation of my Civil Rights 42 U.S.C. 1983.

Name: Michael A Perry
Address: PO Box 14000 Ogden Ut 84412 or
W.S.C.F. 1400 Depot Dr. Ogden UT 84412
Telephone: 801-410-9992

United States District Court For
The District of Utah Northern
Division

Michael Adrian Perry | Civil Rights Compla
PLAINTIFF | 42 U.S.C. § 1983, § 19
-VS-
Weber County Correctional |
facility & persons 1-20, w.c.c. | Civil No. _____
medical staff & persons 1-20, |
Vital Core & persons 1-20 | (supplied by Cler
Health care Administra |
& persons 1-20, W.S.C.F |
Jail staff 1-20 Jail |
Doctor & persons 1-20 |
weber county sheriffs |
& persons 1-20 weber |
County & persons 1-20 |

A. Jurisdiction

1. a, ✓ 42 U.S.C. § 1983

2. Name of Plaintiff: Michael A Perry
is a citizen of the state of Uta

Mailing Address: PO Box 14000
Ogden, UT, 84412 or 1400 Depo
Dr. Ogden, UT, 84412

W.C.C.f = Weber County Correctional Facility

5. Third Defendant: Weber County Correctional facility "Medical Staff," & persons 1-20.
IS a citizen of Ogden Utah.
IS employed at 1400 Depot Dr. Ogden Utah 84404 & are state employee's. All defendants acted under the color of State & Weber County Correctional facility, & are in violation of my Civil Rights 42 U.S.C 1983 §.

6. Fourth Defendant: Vital Core and persons 1-20.
IS a citizen of Ogden Utah.
IS employed @ 1400 Depot Dr. Ogden Utah 84404 & are state employee's. All defendants acted under the color of state & Webe County Correctional facility and are in violation of my Civil Right 42 U.S.C 1983 §.

7. Fifth Defendant: Health Care Administrator for W.C.C.F. & persons 1-20. Is a Citizen of Ogden Utah Is employed for or @ 1400 Depot Dr. Ogden UT 84404 & is a state employee. All defendants acted under the color of state & Weber County Correctional facility & are in violation of my civil Rights 42 U.S.C 1983 §.

8. Sixth Defendant: W.C.C.F. "Jail staff" & persons 1-20. Is a Citizen of Ogden Utah Is employed @ 1400 Depot Dr. Ogden UT 84404 & is a state employee. All defendants acted under the color of state & W.C.C.F. & are in violation of my Civil Rights 42 U.S.C 1983 §.

W.C.C.F. = Weber County Correctional Facility
W.C.S. = Weber County Sherriff's

9. Seventh Defendant: Jail Doctor & persons 1-20. Is a citizen of Ogden Utah IS employed for or @ 1400 Depot Dr. Ogden UT 84404 & is a state employee. All defendants acted under the color of state & Weber County Correctional facility & are in violation of my Civil Rights 42 U.S.C. 1983 §.

10. Eighth Defendant: Weber County Sherriff's & persons 1-20. Is a citizen of Ogden Utah IS employed for or @ 1400 Depot Dr. Ogden UT 84404 & is a state employee. All defendant acted under the color of state & W.C.C.F. & are in violation of my Civil Rights 42 U.S.C 1983 §.

11. Ninth Defendant: Weber County & persons 1-20. Is a Citizen of Ogden Utah Is employed for or @ 1400 Depot Dr, Ogden UT, 84404 & are state employees. All defendants acted under the Color of state & W.C.C.F & are in violation of my Civil rights 42 U.S.C/ 1983 S.

NATURE OF CASE

1. I Michael A. Perry am bringing this case to court because:

All parties or defendants named have violated my constitutional & civil rights & Ammendments due to the deliberate indifferance, cruel & unuasual punishment, pain & suffering, neglect & horrible pain from deviating from my prescribed medical plan, from both their own Doctor or prescriber & from my sergeons

", DR Blatters" I came into W.C.C.F. on 3-26-23 fresh out of my second Surgery, So fresh I still had over 30 stitches in my ankle + leg that That W.C.C.F. medical staff decided to remove Them Themselves 2 weeks after my intake. the day of intake "3-26-23", They knew how serious my medical needs were So They sent me to Ogdin Regionals E.R. There they took X-Rays + gave me a new boot. I signed, release papers so The Jail could get my Surgeon's notes for treatment. Even Though one of my surgery's was preformed There. 2 Surgery's Total. I broke my ankle in 12 places + my Tibia broke + compound fractured out my heel. I was told "possible amputation." That serious. At this point at The latest they should of had my medical plan within a week. I did finally see

the Jails provider "Doctor" on around 4-10-23. Thats when he stated he had all of my Surgeons notes on his computer. But instead The Jails provider insists he didn't know about my physical therepy until 5/8-/23. I believe it says under the Eighth ammendment, Deliberate Indiference To a prisone's serious illness or injury states a Cause of action under 1983 U.S.C 42. An objectively serious medical need is one diagnosed by a physcian as requiring Treatment or is so obvious that even a LAYPERSON would easily recognize the necessity for a Doctors attention.

I have "founded" Grievances From the CHIEF DEPUTY of The Weber County Sheriffs stating he concurs with my founded grievance

DATED: 6-6-23 .

_____
Signature


## CERTIFICATE OF SERVICE

I certify that on 6-6-23 a copy of the above motion was served, by first class U.S. mail, fax, email, or hand-delivery, to

at

_____
(Opposing party or counsel)

Po Box 14000
Ogden    UT  84412
(Address)

_____

Dated: 6-6-23

_____
Signature

RECEIVED US Dist Court-UT
JUN 09 '23 PM03:50

From Cpl. Goodel & Health CARE SERVICES ADministrator "wolthews" About them being Thorough and appropriate. The # 2 in command for The entire Sheriffs Dept... On my level 3, exahusted grievance agrees with The decision of his Corprals & Health Care Admin. This is an adjudication of Guilt. Formal.

I also have proof That I started noticing The fail of The prescribed need of my physical therepy on 4-20-23. That's when I started my grievance process & I have Numerous other slips & grievances that were responded Too, showing everything I claim The agreed upon dates, Thats when Their own provider said I need physical therepy is From 5-8-23. That's when he ordered

it. I finally recieved 2, pieces of paper, printed off the internet showing a generic excersise plan for an ankle; on 5-29-23.

This is another example from W.C.C.F. of the lack of Medical Equipment for the Treatment of inmates. My ankle is swollen & it hurts very bad. I'm not a physical Theripst, I've been winging it since the day of intake. 3-26-23. My Surgeon indicated I need physical therepy right after my 2nd surgery. W.C.C.F. wants to sit here and argue dates to cover their own rears instead of caring about my health & wellbeing of my broken ankle & Tibia along with the mental. This also falls under the Denial of medical Care.

Which constitutes Deliberate Indifference. To establish a Constitutional violation, a detainee must demonstrate an objectively serious medical need that the defendant NEW about, and deliberately disregarded. Its already been FOUNDED an adjudication of guilt by W.C.C.F. For the dates from 5-8-23 to 5-29-23. I will include all the proof needed.

## CAUSE OF ACTION:

I Michael N Perry have had my Civil Rights 8th amendment and my constitutional Rights violate by the Deliberate indifference, denial of medical care, reckless disregard to a serious medical need, negligence, negligent supervision, ect... due to the deviation from

not only my Sergean's medical plan, but W.C.C.F own medical staff & provider.

First, I have proof of, numerous times I've tried to reach out To W.C.C.F and its Medical staff about the need for physical Therapy starting on 4-20-23, I will provide the original grievances and doccatation showing this. On 5-8-23, which is when they state, I First brought up the need for physical therepy, I saw the provider and "he" told me "even though the jail won't do it, he would put in or prescribe physcial therepy on the Teleprompter. The Teleprompter is a live feed to a certified physcial therepist. This never happened & I finally recieved 2 pieces of paper printed off

the internet, for a generic routine on stretching my ankle, on 5-29-23. This is over a month since my provable "first contact" on 4-20-23. This is also 22 days after their claim of my "first contact" on 5-8-23. of my need for physical therapy. So Weber County Correctional Facility; Denied their own medical providers, to the proper care that even a layperson could see along with my medical plan that was prescribed by my surgeon Dr. Blatter's, to see a physical therapist, or to see one over the Jail teleprompter. W.C.C.F medical staff: For not responding to my serious medical need that was so obvious that even a layperson would see, they even removed my stitches from my second

surgery. Come on! They also only seem to care about dates & why this & why that instead of my leg & ankle. Bradon Wolthjews "Health Care Administrator" His false & inconstant statements of when I notified medical about the need for physical therepy. I'm sending the first notification with this 1983 Complaint. My Complaint has also been "Founded" by CHEIF DEPUTY Phillip Reese, of the Weber County Sheriff's. #2 in command on my physical therepy. He states in his letter. I "have reviewed your level 1 and 2 grievance(s) and, the responce by Corporal Goodell and Health Services Administrator Wolthuis. I find the responces to be THOROUGH AND APPROPRIATE.

He even agreed to my medical
plan, by his own provider which
they" W.C.C.F. new about
on 5-8-23 and neglected the
prescribed plan, until, 5-29-23
at the very least!!

COUNT 1: Weber County
Correctional facility & persons,
For the denial of my physical
therepy over the teleprompter
that "their own provider
prescribed. Their own provider
stated he will push for it
but "they" probably wont do it.
Dates they admit to are
from 5-8-23 to 5-29-23.
5-29-23 is when I finally
recieved 2 pieces of paper
with a generic routine for
stretching my ankle. Im also
sending proof that W.C.C.F
recieved my first contact
about the need for physical therepy
on 4-20-23. Not 5-8-23

All This constitutes, Deliberate indifference, pain & suffering, negligence, cruel & unusual punishment & mental stress. W.C. C.F. violated my constitutional rights & ammendments.

COUNT II: Weber County Correctional Facility Medical Staff, violated my constitutional rights & ammendments to be free from cruel & unusual punishment, Deliberate indifference, pain and suffering, negligence, & the mental stress by not recognizing the serious medical need not only prescribed by their own provider, but so obvious a layperson would recognize since my first contact, on 4-20-23/ which I'm sending proof but at least by 5-8-23 to 5-29-23 when they

failed to follow their own orders and left me to try and figure out my own physical therepi on a "broken ankle" 12 different breaks along with a broken leg & Tibia which compound fractured out my heel of my foot, and 1/2 surgerys. And the lack of proper medical equipment and lack of proper medical assistance for the proper treatment for a proscribed medical plan that even a layperson should and could recognize.

COUNT III: Weber County Sheriffs and persons for violating my Const.t. Rights and ammendments that led to the Deliberate Indifferance, pain and suffering, negligence, Cruel and unusual punishment & mental stress because of the lack of administrative Training to their officers which go

along with Count I's violations to my physical or medical complaint.

Count IV: State of Utah, For the exact reasons stated in Count 1 & Count III, lack of administrative training in the proper medical attention & equipment for the care of my broken leg and ankle.

I have numerous Grievances and slips I have turned in and recieved responces From An Inmate Grievance officer, BRadon Wolthers the Health Care Administrator For W.C.C.F. and From the CHEIF DEPUTy Phillipe Reese of the weber County Sheriffs.

INJURY

RECEIVED US Dist Court-UT
JUN 09 '23 PM 04:19

My Civil Rights and ammendment
have been violated due to the
Deliberate Indifference, cruel &
unusual punishment, pain & suffering
negligence, and mental stress
from The improper Treatment
& lack of medical equipment
provided by Weber County Correctional
Facility's staff, W.C.C-f medical
staff and mentioned administratic
persons, They all failed in not
only following Their own providers
medical plan, but my own
Sergeons medical plan For The
proper equipment & Treatment
For my physical Therep. The
Jail specifically was ordered
on 5-8-23 To provide physcial
therapy on a Teleprompter but
denied this. Almost a month
later I was provided 2 pieces
of Paper with a generic routne
For Strething my ankle. I
even have proof From The CHEIF

Deputy, Phillip Reese concurring with "my grievance" My Founded grievance, Along with Wolthes Statement and Prescribed Physical Therapy on 5-8-23. This is Founded and an Adjudication of Guilt has already been written. "Formally" I request we move on To a Judgement.

Previous Lawsuits & Administrative Relef:

I do have a pending 1983 U.S.C. that I have filed, and I am not sure if they are conected. The first one is against W.C.C.F and their medical staff for the lack of medical equipment which was Founded by Grievance officer Goodel & by CHEIF DEPUTY Phillip Reese of the Weber

County Sheriffs. But This was for violating a "Q" weight order That my Surgeon, Dr. Blatter ordered. After realising This They still made me walk on a freshly broken ankle and Tibia. For close to a month they did not provide me with a wheelchair, crutches ect. to keep the weight off. All This Stated was fonded in a seperate incident. Physical Therepy is later, even Though it was ordered since the day of my intake.

REQUEST FOR RELIEF:

I Michael A Perry request compensatory and punitive & pain and suffering damages for The violation of my civil Rights in the amount of # 5,000,000.$\frac{00}{100}$ or what the Court deems appropriate.

6 - 4 - 23

Michael A Perry
(316 449)

DECLARATION UNDER PENALTY
OF PERJURY

Executed at Weber County Correctional fac. on 6 - 6 20 23
(Location) (Date)

SIGNATURE

Please see back for copy of
"Founded" Grievance # 23.274.97521

Certificate of Service

I hereby certify That a copy of The
foregoing __Michael A Perry__
___(Name of pleading)___
was mailed / delivered to __weber County Correct__
___(choose one)___  __Facility 1400 Depot Dr.__
Name of defendant
Or
Defendant's attorny

at __1400 Depot Dr.__
__Ogden, UT 84412__
(address)

on __6-6-23__
(Date)