IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL A. PERRY,<br><br>                Plaintiff,<br><br>v.<br><br>WEBER COUNTY CORRECTIONAL FACILITY, et al.,<br><br>                Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br>Case No. 1:23-cv-70-TC<br><br>District Judge Tena Campbell |

       On June 14, 2023, the Court ordered Plaintiff to file a compliant motion for leave to proceed <u>in forma pauperis</u> within thirty days or face dismissal. (ECF No. 2.) Plaintiff has not filed a compliant motion or anything else since the date of that order.

       IT IS THUS ORDERED that Plaintiff's complaint is DISMISSED without prejudice for failure to comply with the Court's order and for failure to prosecute. <u>See</u> DUCivR 41-2.

       DATED this 14th day of August, 2023.

                                     BY THE COURT:

                                     _____
                                     TENA CAMPBELL
                                     United States District Judge